No. 03–6602.  GRIMES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–6603.  GREENWOOD, AKA GRIMES *v.* UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 03–6606.  GARCIA *v.* SCIBANA, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 03–6608.  ANDIS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 03–6613.  RUDISILL *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 03–6626.  DAVIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–6627.  PINEIRO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–6630.  WASHINGTON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 03–6635.  STEWART *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–6636.  MARBERRY *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 03–6639.  LACKEY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–6641.  NEWELL *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–6642.  NABORS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–6643.  RIDGLEY *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–6644.  SCHAEFER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.